# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| Carol L. Merrell,<br><br>    Plaintiff,<br><br>v.<br><br>Carolyn W. Colvin,<br><br>    Defendant. | Civil Action No.<br>13-0876- CV-W-JTM |

## O R D E R

On October 1, 2014 , the Court heard oral argument on the *Merrell Initial Brief,* filed January 22, 2014, [Doc. 9] and the *Brief For Defendant*, filed April 3, 2014, [Doc. 12]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

             */s/ John T. Maughmer*
            **JOHN T. MAUGHMER**
            **U. S. MAGISTRATE JUDGE**